In the Matter of NATHANIEL A. BARBER, Respondent, against WILLIAM R. LUPTON et al., as Members of the City Council of the City of Niagara Falls, et al., Appellants.

Argued May 28, 1954; decided July 14, 1954.

*Clarence W. Greenwald, Corporation Counsel* (*Ralph A. Boniello* of counsel), for appellants.

*Paul H. Reid, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.